United States District Court
Southern District of Texas
**ENTERED**
August 18, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MAHENDRASINGH R.,<br>"Petitioner,"<br><br>v.<br><br>WARDEN, PORT ISABEL DETENTION CENTER,<br>"Respondent." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00293 |

**ORDER**

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Petitioner's Habeas Petition" (Dkt. No. 17) ("R&R"). The R&R recommends that the Court (1) dismiss Petitioner's action for failure to comply with a court order and (2) direct the Clerk of Court to close the case. Dkt. No. 17 at 1.

The R&R was published and sent to Petitioner by certified and regular mail July 21, 2026. Dkt. Nos. 17 & 18. This mail was returned as undeliverable August 3, 2026. Dkt. No. 20. Because this case's docket entered this return August 3, 2026, *id.*, objections to the R&R were due August 17, 2026. No objections have been filed. The Court thus reviews the magistrate judge's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 17) is **ADOPTED**. The "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 7) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this August 18, 2026

Rolando Olvera
United States District Judge